13-14355

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | : | CASE NO. 2:14-cv-02516 |
| | : | Judge Edmund A. Sargus Jr. |
| Plaintiff, | | Magistrate Judge Terence P. Kemp |
| | : | |
| v. | : | |
| **INTERSTATE COLD STORAGE, INC., ET AL.,** | : | |
| | : | |
| Defendants. | : | |

---

### AGREED ENTRY OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, do hereby stipulate that all claims against, between and among them that were asserted and/or could have been asserted in the above-captioned action are dismissed with prejudice, with each party bearing its own attorneys' fees, expenses, and costs, and waiving any and all rights of appeal.

DONE and ORDERED this ___ day of June, 2015.

_____
Judge Edmund A. Sargus Jr.

 /s/ A. Kathleen Locurto
A. Kathleen Locurto, Esq. (0082752)
280 North High Street, Suite 1010
Columbus, Ohio  43215
Phone:  (614) 249-0615
Cell:  (614) 981-5578
Fax:  (877) 496-0397
Email:  locura1@nationwide.com
Attorney for Plaintiff

 /s/ Thomas F. Glassman
Thomas F. Glassman, Esq. (0061466)
Smith, Rolfes & Skavdahl Company, LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio  45202
(513) 579-0080 – Telephone
(513) 579-0222 – Facsimile
Email:  tglassman@smithrolfes.com
*Attorney for Defendant, Tippmann
Refrigeration, Inc.*

 /s/  John F. Horvath
John F. Horvath, Esq.
(Pro Hac Vice #5241-2015)
Horvath & Weaver, P.C.
10 S. LaSalle Street, Suite 1500
Chicago, IL  60603
Phone:  312 419 6600 X7011
Fax:  312 419 6666
Email:  jhorvath@hlpc-law.com
Attorneys for Defendant, Interstate Cold
Storage, Inc.

 /s/ Marc S. Blubaugh
Marc S. Blubaugh, Esq. (0068221)
Benesch, Friedlander, Coplan & Aronoff,
LLP
41 South High Street, Suite 2600
Columbus, Ohio  43215-6164
Phone:  614-223-9300
Fax:  614-223-9330
Email:  mblubaugh@beneschlaw.com
Attorneys for Defendant, Interstate Cold
Storage, Inc.